# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## CORRECTED JUDGMENT RENDERED
## APRIL 28, 2015

## NO. 03-13-00075-CV

**Michael W. Carpenter, Appellant**

**v.**

**Wesley Mau, Appellee**

## APPEAL FROM 22ND DISTRICT COURT OF HAYS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES PURYEAR AND PEMBERTON
## AFFIRMED -- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment signed by the trial court on January 3, 2013. Having

reviewed the record and the parties' arguments, the Court holds that there was no reversible error

in the judgment. Therefore, the Court affirms the trial court's judgment. Because appellant is

indigent and unable to pay costs, no adjudication of costs is made.